UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O'BEIRNE, an individual,

    Plaintiff,

v.

TROY STAFFORD, an individual,

    Defendant.

No.

COMPLAINT

Plaintiff Paul O'Beirne, by and through his undersigned attorneys, brings this complaint against Defendant Troy Stafford and alleges as follows:

### I.    PARTIES

1. Plaintiff Paul O'Beirne ("O'Beirne") is an individual who resides in and is a citizen of Washington.

2. Defendant Troy Stafford ("Stafford") is an individual who resides in and is a citizen of Texas.

### II.    JURISDICTION AND VENUE

3. This Court has subject matter jurisdiction under 28 U.S.C. § 1332 because the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states.

COMPLAINT
Page 1

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

4. This Court has personal jurisdiction over Stafford because Stafford transacted business in Washington State and because Stafford has committed tortious conduct, the effect of which has been felt in Washington State.

5. Venue lies in this District under 28 U.S.C. § 1391(b) because O'Beirne resides in this District and because many of the events giving rise to this claim occurred in this District.

### III. FACTS

6. On or about June 14, 2010, Stafford and O'Beirne entered into a written agreement whereby O'Beirne lent Stafford $350,000.00. Under the agreement Stafford agreed to repay the $350,000.00 plus (a) 10,000 shares of Miller Petroleum, Inc. and (b) if at the time of repayment the value of Miller Petroleum, Inc. was less than $5.50 per share, $100.00 for every cent Miller Petroleum, Inc. was valued less than $5.50 per share. The agreement obligated Stafford to repay the $350,000.00 principal plus shares of Miller Petroleum, Inc. and any applicable additional interest (based on the price of Miller Petroleum, Inc.) by September 21, 2010.

7. Stafford intended to use the funds borrowed under the agreement for a business purpose, and did in fact use those funds for a business purpose.

8. Stafford failed to repay the $350,000.00 principal plus shares of Miller Petroleum, Inc. and any applicable additional interest (based on the price of Miller Petroleum, Inc.) by September 21, 2010.

9. O'Beirne and Stafford entered a subsequent agreement regarding O'Beirne's loan to Stafford. Under that subsequent agreement, Stafford agreed to pay an additional $20,500.00 for every month the original loan remain unpaid after September 21, 2010.

10. As of the date of this Complaint, Stafford made only a single payment of $10,000 in May of 2014 against his obligation to O'Beirne.

11. As of the date of this Complaint, Stafford owes O'Beirne $1,590,000.

YARMUTH WILSDON PLLC
818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## IV.   FIRST CLAIM

### (Breach of Contract)

12. O'Beirne repeats and realleges each and every allegation contained above as if fully set forth herein.

13. The loan agreement is a binding contract between O'Beirne and Stafford.

14. Stafford breached the contract by failing timely to pay the funds due under the contract.

15. O'Beirne fully performed all of his obligations under the contract.

16. O'Beirne has suffered damages as a result of Stafford's breach of the contract.

### PRAYER FOR RELIEF

WHEREFORE, O'Beirne requests the following relief:

A. For damages in an amount to be proven at trial;

B. For the costs of this proceeding, including reasonable attorney's fees and costs;

C. For pre-judgment and post-judgment interest at the maximum applicable rates; and

D. For such further relief as the Court deems just and proper.

DATED: August 19, 2015

**YARMUTH WILSDON PLLC**

By: */s/ Jeremy E. Roller*
   Jeremy E. Roller, WSBA No. 32021
818 Stewart Street, Suite 1400
Seattle, Washington 98101
206.516.3800
206.516.3888 (facsimile)
jroller@yarmuth.com

Attorneys for Plaintiff Paul O'Beirne

COMPLAINT
Page 3



818 STEWART STREET, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

735.01 pg131501 8/19/15