# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| **PAUL O'BEIRNE**,<br><br>            Plaintiff,<br>vs.<br><br>**TROY STAFFORD**,<br><br>            Defendant. | No. 2:15-cv-1330-RSL<br><br>**ORDER ALLOWING WITHDRAWAL**<br><br>Note on Motion Calendar: **April 8, 2016** |

This matter came before the court on motion of Kevin T. Steinacker of Steinacker Law PLLC to withdraw as the attorney for Defendant Troy Stafford. The Court has considered the motion and ORDERS that the motion is GRANTED. Mr. Steinacker is permitted to withdraw and the docket shall reflect that he is no longer counsel of record for Defendant.

Dated this 14th day of April, 2016.

*/s/ Robert S. Lasnik*
The Honorable Robert S. Lasnik

Presented by:

STEINACKER LAW PLLC

   /s/ Kevin T. Steinacker
KEVIN T. STEINACKER, WSBA No. 35475

Order Allowing Withdrawal
Page 1 of 1

STEINACKER LAW PLLC
6314 19TH STREET W, SUITE 21
TACOMA, WASHINGTON 98466
(253) 242-3558 - FAX (253) 292-5171