UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O',BEIRNE

    Plaintiff,

Vs.

TROY STAFFORD,

    Defendant.

)
)
)
) No. 2:15-cv-01330-RSL
) (Lasnik)
)
)

## NOTIFICATION OF PRECEDING

TO:
<u>s/ Honorable Robert S. Lasnik</u>
United States District Judge

    I, the Defendent, Troy D. Stafford, will be preceding pro se with this case until such time as I can hire new legal council. I am currently assembling a new legal team to help with this lawsuit. The legal team will be identified to the court once completely engaged. I am writing the Court this letter to stop any default judgment in the case.
    I would also at this time like to change my mailing address for all future mailings to:

    15560 N. Frank Lloyd Wright, Suite B4-299
    Scottsdale, AZ 85260


SIGNED *[signature: Troy Stafford]*
DEFENDENT
Troy D. Stafford
15560 N. Frank Lloyd Wright, Suite B4-299
Scottsdale, AZ 85260


NOTE: A copy of this document was mailed to the Defendant's Council, on 06/20/2016, to the following address of record:

**Jeremy Roller, Esq.**
**Yarmuth Wilsdon, PLLC**
818 Stewart St, Ste 1400
Seattle, WA 98101

Case   No. 2:15-cv-01330-RSL    Page 1 of 1

