UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O'BEIRNE, an individual,

                Plaintiff,

    v.

TROY STAFFORD, an individual,

                Defendant.

No. 2:15-cv-01330-RSL

DECLARATION OF JEREMY ROLLER IN SUPPORT OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS AND ENTRY OF DEFAULT

Jeremy E. Roller declares as follows:

1.      I am a member of Yarmuth Wilsdon PLLC, counsel for plaintiff Paul O'Beirne ("O'Beirne") in the above-captioned lawsuit. I make this declaration upon personal knowledge and, if called to testify, could and would testify competently to the facts set forth herein.

2.      On March 11, 2016, I caused O'Beirne's First Interrogatories and First Requests for Production to be served on defendant Troy Stafford's ("Stafford") counsel. Following service of those discovery requests, Stafford's counsel withdrew from this matter.

3.      Over the course of two and a half months, I wrote to Stafford on eight different dates and called him three times regarding his failure to respond to O'Beirne's

DECLARATION OF JEREMY ROLLER IN SUPPORT OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL – Page 1

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

First Interrogatories and First Requests for Production. Details regarding these communications, as well as true and correct copies of my letters and emails, are contained in my declaration (Dkt. No. 27) filed on July 21, 2016, in support of O'Beirne's Motion to Compel.

4. On August 18, 2016, this Court Granted O'Beirne's Motion to Compel. *See* Order Granting Motion to Compel (Dkt. No. 29). In that Order, the Court, among other things, directed Stafford to provide complete responses to O'Beirne's discovery requests no later than September 2, 2016.

5. On August 21, 2016, I emailed Stafford for purposes of finding a mutually convenient date for his deposition. I asked that he provide that date by August 26, 2016, and advised that if he did not provide such a date I would set the deposition between September 5 and September 19. I also provided Stafford a copy of the Court's Order granting O'Beirne's Motion to Compel. A true and correct copy of this email is attached as **Exhibit 1**. Stafford never responded to my email. (Although my August 21, 2016 email included the Court's order and O'Beirne's discovery requests, to avoid redundancy those materials are not resubmitted with this Exhibit 1.)

6. On August 24 and August 26, 2016, I emailed Stafford to follow up about deposition dates, but Stafford again did not respond to my emails. True and correct copies of my emails are attached as **Exhibits 2** and **3**. (Although my August 21 and 26, 2016 emails included the Court's Order and O'Beirne's discovery requests, to avoid redundancy those materials are not resubmitted with these Exhibits 2 and 3.)

7. Having not heard from Stafford regarding deposition scheduling, on August 30, 2016, I noted Stafford's deposition for September 13, 2016. A true and correct copy of my email to him containing a cover letter and the deposition notice is attached as **Exhibit 4**. The cover letter and deposition notice were also sent by U.S. Mail to Stafford at the

DECLARATION OF JEREMY ROLLER IN SUPPORT
OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS
AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL – Page 2

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

1  addresses Stafford has provided to me and this Court. Stafford did not object to the
2  deposition notice or request a different date.

3         8.      On September 8, 2016, I emailed Stafford again regarding his failure to
4  provide discovery responses in compliance with the Court's August 18 Order, as well as his
5  upcoming deposition. Stafford responded that same day by email, stating that he intended
6  to stay this case by filing for bankruptcy. I immediately responded and asked whether
7  Stafford had actually filed for bankruptcy and, if so, for the case information. I also stated
8  that if Stafford had not yet filed for bankruptcy protection, I expected him to appear at his
9  properly noted deposition the next week. A true and correct copy of this email exchange is
10  attached as **Exhibit 5**. (Although my September 8, 2016 email included the Court's Order,
11  my August 30 cover letter, and the deposition notice, to avoid redundancy those materials
12  are not resubmitted with this Exhibit 5.) Stafford did not respond.

13         9.      On September 12, 2016—the day before his deposition was to occur—I
14  received a copy of a letter Stafford emailed to the Court titled, "Request for Schedule
15  Change." A true and correct copy of this letter is attached as **Exhibit 6**.

16        10.     Stafford did not appear for his deposition on September 13, 2016.

17        11.     Stafford has never answered the discovery requests that were the subject of
18  this Court's Order granting O'Beirne's Motion to Compel.

19        12.     On September 14, 2016, I emailed Stafford and informed him that on
20  September 15, 2016, O'Beirne planned to file a motion for entry of default as a sanction for
21  his failure to provide discovery in compliance with the Court's August 18 Order and his
22  failure to attend his deposition. I asked for times that he was available on September 14 or
23  15 to confer to see if we could reach agreement without the Court's involvement. A true
24  and correct copy of my email is attached as **Exhibit 7**.

25        13.     On September 15, 2016, Stafford sent me an email stating that he was
26  willing to confer, but a day later than requested—September 16, 2016, at 11:00am—

DECLARATION OF JEREMY ROLLER IN SUPPORT
OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS
AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL – Page 3

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

because he was "with people all day."  Although I had specifically requested time that Stafford could confer on the prior two dates, I emailed Stafford and indicated that I would call him the following day at the time he requested, 11:00am.  Stafford replied to my email with one word—"Good."  A true and correct copy of this email exchange is attached as **Exhibit 8**.

14.     On September 16, 2016, at the precise time Stafford had requested that I call—11:00am—I called Stafford.  He did not answer that call.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: September 16, 2016.

_____*/s/ Jeremy Roller*_____
Jeremy Roller

DECLARATION OF JEREMY ROLLER IN SUPPORT
OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS
AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL – Page 4

YARMUTH  WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I placed in the U.S. Mail, postage prepaid, a copy of the foregoing document addressed to the following:

Troy Stafford
15560 N. Frank Lloyd Wright Blvd.
Suite B4-299
Scottsdale, AZ 85260

Troy Stafford
4020 N. MacArthur Blvd., Ste. 122
Irving, TX 75038-6422

I also emailed the foregoing document to the following email addresses:

tstafford4@icloud.com

troy@gscapital.us

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED: September 16, 2016 at Seattle, Washington.

*/s/ Sue Stephens*
Sue Stephens, Legal Assistant

735.01 qi143801 9/16/16

DECLARATION OF JEREMY ROLLER IN SUPPORT
OF PAUL O'BEIRNE'S MOTION FOR SANCTIONS
AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL – Page 5

YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800  F 206.516.3888

# EXHIBIT 1

| From: | Jeremy Roller |
|---|---|
| To: | "Troy Stafford"; "Troy Stafford" |
| Cc: | Sue Stephens |
| Subject: | O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date |
| Date: | Sunday, August 21, 2016 5:10:41 PM |
| Attachments: | 29 [signed] Order Granting Pltf"s Mtn Compel.pdf |
| | 5 O"Beirne"s First Rogs to Stafford.pdf |
| | 6 O"Beirne"s First RFPs to Stafford.pdf |

Mr. Stafford,

Attached please find the Court's Order granting Mr. O'Beirne's motion to compel. This order was entered by the Court on Thursday, August 18, and has been mailed to the address you provided to the Court.

Please note that the order requires you to fully answer Mr. O'Beirne's first interrogatories and first requests for production, and to provide documents responsive to the requests for production, **no later than September 2, 2016**. Although these discovery requests have been provided to your former counsel and to you on multiple occasions, for your convenience I have again attached them to this email.

I am also writing to schedule a time that is convenient for you for your deposition. **On or before August 26, 2016**, please provide two or three dates that work for your deposition between September 5 and September 19. If I do not hear from you by August 26, I will set the deposition for a date between September 5 and September 19. As indicated in the attached order, you face potentially severe sanctions for failure to provide the discovery described above or for failure to attend your deposition.

Thank you.

Jeremy E. Roller



YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841

www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

# EXHIBIT 2

| From: | Jeremy Roller |
| To: | "Troy Stafford"; "Troy Stafford" |
| Cc: | Sue Stephens |
| Subject: | FW: O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date |
| Date: | Wednesday, August 24, 2016 3:26:00 PM |
| Attachments: | 29 [signed] Order Granting Pltf"s Mtn Compel.pdf |
| | 5 O"Beirne"s First Rogs to Stafford.pdf |
| | 6 O"Beirne"s First RFPs to Stafford.pdf |

Mr. Stafford,

I am writing to remind you that I need dates that work for your deposition between September 5 and September 19. **Please provide those dates by this Friday, August 26.** If I do not hear from you by August 26, I will set the deposition for a date between September 5 and September 19.

Thank you.

Jeremy E. Roller



YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841

www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

**From:** Jeremy Roller
**Sent:** Sunday, August 21, 2016 5:11 PM
**To:** 'Troy Stafford'; 'Troy Stafford'
**Cc:** Sue Stephens
**Subject:** O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date

Mr. Stafford,

Attached please find the Court's Order granting Mr. O'Beirne's motion to compel. This order was entered by the Court on Thursday, August 18, and has been mailed to the address you provided to the Court.

Please note that the order requires you to fully answer Mr. O'Beirne's first interrogatories and first requests for production, and to provide documents responsive to the requests for production, **no later than September 2, 2016.** Although these discovery requests have been provided to your former counsel and to you on multiple occasions, for your convenience I have again attached them to this email.

DECLARATION OF ROLLER ISO O'BEIRNE'S
MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL - Page 9

I am also writing to schedule a time that is convenient for you for your deposition. **On or before August 26, 2016**, please provide two or three dates that work for your deposition between September 5 and September 19. If I do not hear from you by August 26, I will set the deposition for a date between September 5 and September 19. As indicated in the attached order, you face potentially severe sanctions for failure to provide the discovery described above or for failure to attend your deposition.

Thank you.

Jeremy E. Roller

▌▌▌ YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
T 206.516.3800  F 206.516.3888
D 206.516.3841
www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

# EXHIBIT 3

| From: | Jeremy Roller |
| --- | --- |
| To: | "Troy Stafford"; "Troy Stafford" |
| Cc: | Sue Stephens |
| Subject: | FW: O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date |
| Date: | Friday, August 26, 2016 3:37:00 PM |
| Attachments: | 29 [signed] Order Granting Pltf"s Mtn Compel.pdf |
| | 5 O"Beirne"s First Rogs to Stafford.pdf |
| | 6 O"Beirne"s First RFPs to Stafford.pdf |

Mr. Stafford,

Please give the emails below (previously sent on August 21 and August 24) your immediate attention. Thank you.

Jeremy E. Roller

**III YARMUTH WILSDON** PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841

www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

---

**From:** Jeremy Roller
**Sent:** Wednesday, August 24, 2016 3:26 PM
**To:** 'Troy Stafford'; 'Troy Stafford'
**Cc:** Sue Stephens
**Subject:** FW: O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date

Mr. Stafford,

I am writing to remind you that I need dates that work for your deposition between September 5 and September 19.  **Please provide those dates by this Friday, August 26.**  If I do not hear from you by August 26, I will set the deposition for a date between September 5 and September 19.

Thank you.

Jeremy E. Roller

**III YARMUTH WILSDON** PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841



www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

**From:** Jeremy Roller
**Sent:** Sunday, August 21, 2016 5:11 PM
**To:** 'Troy Stafford'; 'Troy Stafford'
**Cc:** Sue Stephens
**Subject:** O'Beirne v. Stafford, No. 2:15-cv-01330-RSL -- Order Granting Motion to Compel & Request for Deposition Date

Mr. Stafford,

Attached please find the Court's Order granting Mr. O'Beirne's motion to compel.  This order was entered by the Court on Thursday, August 18, and has been mailed to the address you provided to the Court.

Please note that the order requires you to fully answer Mr. O'Beirne's first interrogatories and first requests for production, and to provide documents responsive to the requests for production, **no later than September 2, 2016**.  Although these discovery requests have been provided to your former counsel and to you on multiple occasions, for your convenience I have again attached them to this email.

I am also writing to schedule a time that is convenient for you for your deposition.  **On or before August 26, 2016**, please provide two or three dates that work for your deposition between September 5 and September 19.  If I do not hear from you by August 26, I will set the deposition for a date between September 5 and September 19.  As indicated in the attached order, you face potentially severe sanctions for failure to provide the discovery described above or for failure to attend your deposition.

Thank you.

Jeremy E. Roller



YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
T 206.516.3800  F 206.516.3888
D 206.516.3841
www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

# EXHIBIT 4

| From: | Jeremy Roller |
| --- | --- |
| To: | "Troy Stafford"; "Troy Stafford" |
| Cc: | Sue Stephens |
| Subject: | O"Beirne v. Stafford, No. 2:15-cv-01330-RSL (W.D. Wash.) -- Your Deposition |
| Date: | Tuesday, August 30, 2016 5:03:00 PM |
| Attachments: | 2016-08-30 Ltr to Troy Stafford.pdf |
| | Ntc of Dep of Troy Stafford.pdf |

Mr. Stafford,

Attached please find a letter and deposition notice, setting your deposition for September 13, 2016, at 10:00am at my law firm's office.

Paper copies will follow by U.S. Mail.

Thank you.

Jeremy E. Roller

 YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
T 206.516.3800  F 206.516.3888
D 206.516.3841
www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

# YARMUTH WILSDON PLLC

ATTORNEYS AT LAW

Jeremy Roller
DIRECT 206.516.3841
jroller@yarmuth.com

August 30, 2016

**VIA E-MAIL (troy@gscapital.us and tstafford4@icloud.com) and U.S. MAIL**

Troy Stafford
15560 N. Frank Lloyd Wright Blvd.
Suite B4-299
Scottsdale, AZ 85260

Troy Stafford
4020 N. MacArthur Blvd.
Suite 122
Irving, TX 75038-6422

Re:    *O'Beirne v. Stafford*, No. 2:15-cv-01330-RSL (W.D. Wash.) – Your
Deposition

Dear Mr. Stafford:

I wrote to you by email on three separate occasions (August 21, August 24, and August 26) requesting your availability for your deposition in this matter. In each of those emails, I advised that I needed to know your preferred deposition date by August 26. I also advised that if I did not hear from you, I would set your deposition for a date prior to September 19.

You never responded to my inquiries regarding a convenient date for your deposition. Accordingly, I have set your deposition for September 13, 2016, at the offices of Yarmuth Wilsdon PLLC in Seattle. (Please see the enclosed deposition notice.)

Please be advised that your failure to appear for the deposition may result in severe sanctions, up to and including default judgment.

Sincerely,

Jeremy Roller

Enclosure
jr/jr

DECLARATION OF ROLLER ISO O'BEIRNE'S
MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL - Page 16

1

2

3

4

5

6

7

8

The Honorable Robert S. Lasnik

9

10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

11

12

13

14

15

16

PAUL O'BEIRNE, an individual,

Plaintiff,

v.

TROY STAFFORD, an individual,

Defendant.

No. 2:15-cv-01330-RSL

NOTICE OF DEPOSITION OF TROY
STAFFORD

17

TO:     ALL PARTIES AND COUNSEL OF RECORD

18

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 30, Plaintiff Paul

19

O'Beirne will take the deposition upon oral examination of Troy Stafford, before a duly

20

qualified Notary Public authorized to administer oaths, on Tuesday, September 13, 2016 at

21

10:00 a.m. at the offices of Yarmuth Wilsdon PLLC, 1420 Fifth Avenue, Suite 1400,

22

Seattle, Washington 98101, Telephone (206) 516-3800.  This deposition will be recorded

23

by stenographic methods, shall be subject to continuance or adjournment from time to time

24

or place to place until completed, and will be taken on the ground and for the reason that

25

this witness will give evidence material to the establishment of the Plaintiff's case.

26



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

DATED:  August 30, 2016.

**YARMUTH WILSDON PLLC**

By: */s/ Jeremy E. Roller*
    Jeremy E. Roller, WSBA No. 32021
1420 Fifth Avenue, Suite 1400
Seattle, Washington 98101
206.516.3800
206.516.3888 (facsimile)
jroller@yarmuth.com

Attorneys for Plaintiff Paul O'Beirne

NOTICE OF DEPOSITION OF TROY STAFFORD
DECLARATION OF ROLLER ISO O'BEIRNE'S
MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL - Page 18

**YARMUTH WILSDON** PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I hereby certify that on this date, I placed in the U.S. Mail, postage prepaid, a copy |
| 3 | of the foregoing document addressed to the following: |

Troy Stafford
15560 N. Frank Lloyd Wright Blvd.
Suite B4-299
Scottsdale, AZ  85260

Troy Stafford
4020 N. MacArthur Blvd., Ste. 122
Irving, TX 75038-6422

I also emailed the foregoing document to the following email addresses:

tstafford4@icloud.com

troy@gscapital.us

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED:  August 30, 2016 at Seattle, Washington.

*s/Jeremy Roller*
Jeremy Roller

NOTICE OF DEPOSITION OF TROY STAFFORD
DECLARATION OF ROLLER ISO O'BEIRNE'S
MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL - Page 19
735.01 qh300603 8/30/16



1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

# EXHIBIT 5

Mr. Stafford,

Have you actually filed for bankruptcy?  If so, please provide the case number and jurisdiction.

Irrespective of your intention to file for bankruptcy, your discovery responses are well overdue.   And if you have not filed by Tuesday, I expect to see you here for your deposition.

Thank you.

Jeremy E. Roller

**YARMUTH WILSDON PLLC**

1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841

www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

**From:** Troy Stafford [mailto:tstafford4@icloud.com]
**Sent:** Thursday, September 08, 2016 12:29 PM
**To:** Jeremy Roller
**Cc:** Sue Stephens
**Subject:** Re: O'Beirne v. Stafford, No. 2:15-cv-01330-RSL (W.D. Wash.) -- Your Deposition and Overdue Discovery

Mr. Roller,

I have not seen the mail in the last couple of weeks, due to traveling.
However, I must inform you that I am filling for Bankruptcy, which should be accepted shortly, and this case will be stayed, due to the Bankruptcy.

I will make sure you are copied on the BK notice that will go out to all debtors.

Thank you

Troy

Troy Stafford
tstafford4@icloud.com
029-224-1130

On Sep 8, 2016, at 11:31 AM, Jeremy Roller <jroller@yarmuth.com> wrote:


Mr. Stafford,

I am writing (again) for two reasons:

1.   You have failed to provide discovery as compelled by the Court.  That discovery was due on September 2, 2016, per the attached court order.  Please let me know if you intend to remedy this deficiency.  If you do intend to provide (late) discovery, please have that to me by the morning of Monday, September 12, so I may prepare for your deposition on Tuesday, September 13.

2.   Your deposition has been scheduled for Tuesday, September 13, at my office in Seattle.  The deposition notice, which was previously emailed to you and mailed to the address you provided to the Court, is attached to this email.  As indicated in the attached letter, I solicited your input on a convenient date for your deposition on multiple occasions.  You never responded.  Accordingly, I set the deposition for Tuesday, September 13.  I look forward to seeing you on Tuesday.

Please be advised that your continued failure to provide court-ordered discovery and/or your failure to appear for the deposition may result in severe sanctions, up to and including default judgment.

Thank you.

Jeremy E. Roller

<image001.gif>
1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
T 206.516.3800  F 206.516.3888
D 206.516.3841
www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.


<2016-08-30 Ltr to Troy Stafford.pdf><Ntc of Dep of Troy Stafford.pdf><29 [signed] Order Granting Pltf's Mtn Compel.pdf>

# EXHIBIT 6

PAUL O',BEIRNE

      Plaintiff,

Vs.

TROY STAFFORD,

      Defendant.

)
)
)
)    No. 2:15-cv-01330-RSL
)    (Lasnik)
)
)

### REQUEST FOR SCHEDULE CHANGE

TO:

s/ Honorable Robert S. Lasnik
United States District Judge
United States Courthouse
700 Stewart Street, Suite 15128
Seattle, WA 98101 - 9906
Chambers: (206) 370-8810


    I, the Defendant, Troy D. Stafford, will be unable to travel to Seattle to attend depositions at this time, due to financial difficulties and hardship. I request a reschedule for March 2017, so I can be allowed enough time to get my finances in order.


SIGNED

DEFENDENT
Troy D. Stafford
15560 N. Frank Lloyd Wright, Suite B4-299
Scottsdale, AZ 85260


NOTE: A copy of this document was mailed to the Defendant's Council, on 09/10/2016, to the following address of record:

**Jeremy Roller, Esq.**
**Yarmuth Wilsdon, PLLC**
818 Stewart St, Ste 1400
Seattle, WA 98101

# EXHIBIT 7

| From: | Jeremy Roller |
|---|---|
| To: | tstafford4@icloud.com; troy@gscapital.us |
| Cc: | Sue Stephens |
| Subject: | O"Beirne v. Stafford, No. 2:15-cv-01330-RSL (W.D. Wash.) -- Request for Conference |
| Date: | Wednesday, September 14, 2016 9:01:00 AM |

Mr. Stafford,

Mr. O'Beirne plans to file a motion for sanctions and entry of default arising from (1) your failure to provide court-ordered discovery, and (2) your failure to appear for a properly noted deposition. Prior to filing that motion, I would like to confer with you to determine whether this issue can be resolved without the Court's involvement. Please give me a time later today or tomorrow (any time) that you are available for a telephone conference. Mr. O'Beirne intends to file the motion tomorrow.

Thank you.

Jeremy E. Roller

 YARMUTH WILSDON PLLC

1420 FIFTH AVENUE, STE 1400 SEATTLE, WA 98101

T 206.516.3800  F 206.516.3888

D 206.516.3841

www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.

DECLARATION OF ROLLER ISO O'BEIRNE'S
MOTION FOR SANCTIONS AND ENTRY OF DEFAULT
NO. 2:15-cv-01330-RSL - Page 26

# EXHIBIT 8

Good

Troy Stafford
623-224-7150

Sent from my iPhone.

On Sep 15, 2016, at 12:41 PM, Jeremy Roller <jroller@yarmuth.com> wrote:

> I will call you at 11:00am Pacific tomorrow.
>
> Jeremy E. Roller
>
> <image001.gif>
> 1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
> T 206.516.3800  F 206.516.3888
> D 206.516.3841
> www.yarmuth.com
>
> CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.
>
> _____
>
> **From:** Troy Stafford [mailto:troy@gscapital.us]
> **Sent:** Thursday, September 15, 2016 12:34 PM
> **To:** Jeremy Roller
> **Subject:** Re: O'Beirne v. Stafford, No. 2:15-cv-01330-RSL (W.D. Wash.) -- Request for Conference
>
> I am open to a conversation however I am with people all day today can we discuss around 11 AM Pacific standard time tomorrow?
>
>
> Troy Stafford
>
> 623-224-7150
>
> Sent from my iPhone.
>
> On Sep 14, 2016, at 9:01 AM, Jeremy Roller <jroller@yarmuth.com> wrote:
>
>> Mr. Stafford,

Mr. O'Beirne plans to file a motion for sanctions and entry of default arising from (1) your failure to provide court-ordered discovery, and (2) your failure to appear for a properly noted deposition. Prior to filing that motion, I would like to confer with you to determine whether this issue can be resolved without the Court's involvement. Please give me a time later today or tomorrow (any time) that you are available for a telephone conference. Mr. O'Beirne intends to file the motion tomorrow.

Thank you.

Jeremy E. Roller

<image001.gif>
1420 FIFTH AVENUE, STE 1400  SEATTLE, WA 98101
T 206.516.3800  F 206.516.3888
D 206.516.3841
www.yarmuth.com

CONFIDENTIALITY NOTICE: This e-mail and any attachments may contain privileged or other confidential information generated by Yarmuth Wilsdon PLLC. If you are not the intended recipient, please do not read or review this e-mail or its attachments. Please also notify the sender of your receipt of this e-mail and delete all copies of the e-mail and its attachments from your system. Thank you.