1
2
3
4
5
6
7

The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O'BEIRNE, an individual,

        Plaintiff,

  v.

TROY STAFFORD, an individual,

        Defendant.

No. 2:15-cv-01330-RSL

ORDER GRANTING PAUL O'BEIRNE'S MOTION FOR DEFAULT JUDGMENT AGAINST TROY STAFFORD

This matter came before the Court on plaintiff Paul O'Beirne's ("O'Beirne") Motion for Default Judgment Against Troy Stafford ("Stafford"). Having reviewed O'Beirne's submissions and being fully advised, the Court GRANTS the Motion as follows:

1. Stafford is liable to O'Beirne for breach of contract.

2. The Clerk of the Court is directed to enter judgment against Stafford and in favor of O'Beirne in the amount of $1,932,500.00, plus post-judgment interest.

Dated this 13th day of December, 2016.

*[signature]*
HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING PAUL O'BEIRNE'S MOTION FOR DEFAULT JUDGMENT AGAINST TROY STAFFORD
NO. 2:15-cv-01330-RSL – Page 1

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888

| | |
|---|---|
| 1 | Presented by: |
| 2 | YARMUTH WILSDON PLLC |
| 3 | By */s/ Jeremy E. Roller*<br>Jeremy E. Roller, WSBA No. 32021 |
| 4 | Cristin Kent Aragon, WSBA No. 39224<br>1420 Fifth Avenue, Suite 1400 |
| 5 | Seattle, WA 98101<br>Phone:  206.516.3800 |
| 6 | Fax:  206.516.3888<br>Email: jroller@yarmuth.com |
| 7 | Email: caragon@yarmuth.com |
| 8 | *Attorneys for Plaintiff Paul O'Beirne* |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

ORDER GRANTING PAUL
O'BEIRNE'S MOTION FOR DEFAULT JUDGMENT
AGAINST TROY STAFFORD
NO. 2:15-cv-01330-RSL – Page 2

YARMUTH WILSDON PLLC
1420 FIFTH AVENUE, SUITE 1400
SEATTLE WASHINGTON 98101
T 206.516.3800   F 206.516.3888