UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL O'BEIRNE,<br><br>                Plaintiff,<br><br>     v.<br><br>TROY STAFFORD,<br><br>                Defendant. | Case No. C15-1330RSL<br><br>TAXATION OF COSTS |

Costs in the above-entitled cause are hereby taxed against DEFENDANT – TROY STAFFORD and on behalf of PLAINTIFF – PAUL O'BEIRNE in the unopposed amount of $595.00 and included in the judgment.

Entered this ___20th___ day of January, 2017.

William M. McCool, Clerk
U. S. District Court

By: ___S/ JOSEPH WHITELEY___
      Joseph Whiteley, Deputy in Charge

TAXATION OF COSTS -1