UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O'BEIRNE, an individual,

Plaintiff,

v.

TROY STAFFORD, an individual,

Defendant.

No. 2:15-cv-01330RSL

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

This matter comes before the Court on plaintiff Paul O'Beirne's Motion to Compel. Dkt. # 49. Having considered the motion, the Court ORDERS as follows:

Plaintiff's Motion to Compel is GRANTED. Mr. Stafford is directed to appear for his deposition at the offices of the plaintiff's attorney at a mutually agreed upon date no later than March 1, 2019. Stafford is directed to contact plaintiff's attorney John Jamnback at 206-515-3800 no later than February 11, 2019 to schedule his deposition.

In addition, Mr. Stafford is ordered to produce at his deposition copies of all documents requested by plaintiff in Exhibit A to the subpoena that was previously served upon him on September 17, 2018.

Mr. Stafford is advised that his failure to comply with this order, appear for his deposition, and produce the requested documents may result in a finding of contempt of

Court against him, and may subject him to severe sanctions, up to and including arrest.

Finally, the Court will award Plaintiff reasonable attorney's fees, costs, and travel expenses incurred in connection with Mr. Stafford's previous failure to appear for his deposition and this Motion to Compel. Plaintiff is directed to file a motion for attorney's fees within 10 days of the date of this order.

Dated this 28th day of January, 2019.

*[signature]*
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE