UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL O'BEIRNE,<br><br>              Plaintiff,<br><br>    v.<br><br>TROY STAFFORD,<br><br>              Defendant. | NO. C15-1330RSL<br><br>CIVIL CONTEMPT ARREST WARRANT |

To: Any authorized law enforcement officer:

You are COMMANDED to arrest and bring before this court without unnecessary delay, TROY STAFFORD, who the Court found to be in civil contempt for the reasons stated at a hearing on November 1, 2019. After his arrest, TROY STAFFORD shall be brought immediately before this Court to address his civil contempt. If the undersigned is not immediately available to hear from Mr. Stafford following his arrest, Mr. Stafford shall be incarcerated until such time as the undersigned or a United States Magistrate Judge can conduct the hearing.

Dated this 1st day of November, 2019.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

CIVIL CONTEMPT ARREST WARRANT - 1

City and state: Seattle, Washington

**RETURN**

This civil contempt arrest warrant was received on (date) _____, and the person was arrested on (date) _____ at (city and state) _____.

Date: _____  _____
                                                                Arresting officer's signature

                                                                _____
                                                                Printed name and title

CIVIL CONTEMPT ARREST WARRANT - 2