UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| **PAUL O'BEIRNE,** <br><br> **Plaintiff,** <br><br> v. <br><br> **TROY STAFFORD,** <br><br> **Defendant.** | No. 2:15-cv-01330-RSL <br><br> **ORDER** |

This matter comes before the Court on "Plaintiff's Motion to Issue Arrest Order for Criminal Contempt" (Dkt. # 64) and a show cause hearing held on December 8, 2021. Having heard the arguments of counsel and the representations of Mr. Stafford, the Court ORDERS that:

1. Defendant Troy Stafford shall appear for a three-hour deposition on January 21, 2021, starting at 9:00 am PT. A licensed court reporter will place Mr. Stafford under oath and transcribe his deposition testimony. The deposition will be conducted remotely by video. Mr. Stafford shall answer all questions asked of him unless he is represented by counsel who asserts the attorney-client privilege and instructs him not to answer. Any other objection may be stated on the record, but a full and complete response to the question must nevertheless be given.

2. Mr. Stafford is ordered to produce at his deposition copies of all documents requested by plaintiff in Exhibit A to the subpoena that was previously served upon him on September 17, 2018 (and which will be forwarded for his review by plaintiff's counsel). All objections to the requests for production have been waived.

3. Plaintiff's request for a finding of criminal contempt is taken under advisement.

Dated this 9th day of December, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge