1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PAUL O'BEIRNE,

             Plaintiff,

    vs.

TROY STAFFORD,

            Defendant.

NO.  C15-1330RSL

ORDER REMOVING CASE FROM
ACTIVE CASELOAD

It is HEREBY ORDERED that this action shall be removed from this Court's active caseload until further application by the parties or order of this Court. This Court retains full jurisdiction and this Order shall not prejudice any party in this action.

DATED this 19th day of September, 2022.

*Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER REMOVING CASE FROM ACTIVE CASELOAD